THE PEOPLE OF THE STATE OF NEW YORK ex rel. 746 MADISON AVENUE CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ZUZANNA MOCKO, Appellant, v. JOHN H. MUSS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Untermyer and Cohn, JJ., dissent and vote to reverse and grant a new trial.

KENNARD M. ANDERSEN, as Administrator c. t. a. of the Estate of MARTINUS ANDERSEN, Deceased, Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See 172 Misc. 370; 176 Misc. 896, 260 App. Div. 1000.]

PAGANO, INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See 172 Misc. 370, 176 Misc. 896, 260 App. Div 1000.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIXTH AVENUE & 44TH STREET CORPORATION, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

FLORENCE E. CARR, Appellant, v. FRANCIS C. CARR et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

GEORGE T. SHARP, Respondent, v. MIDA'S RESEARCH BUREAU, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

SUSIE ALLOUF, Respondent, v. 171ST STREET & CONCOURSE CO., INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

EVELYN FREHE, an Infant, by FRED FREHE, Her Guardian ad Litem, Respondent, v. FRED SCHILDWACHTER, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

DORA GUINANE et al., Appellants, v. WADE H. BECKER, Doing Business under the Name of BECKER WAREHOUSE COMPANY, et al., Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant a new trial on the ground that defendants' counsel repeatedly asked questions on issues extraneous and immaterial to the trial with the purpose of prejudicing plaintiffs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BRIGHT, Defendant, and PATRICK MONACO, Defendant-Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.